IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **EDWARD PETERSON and ZEPHER R. STROUD,** | : | Case No. **16-24550-GLT** |
| *Debtors* | : | |
| | : | Related to Doc. Nos, 7, 10 |
| **EDWARD PETERSON and ZEPHER R. STROUD,** | : | & 12 |
| *Movants,* | : | |
| vs | : | Filed under Section |
| | : | 362(c)(3) of the |
| **AMERICREDIT FINANCIAL SERVICES, INC., CITIZENS FINANCIAL** | : | Bankruptcy Code |
| **GROUP, COMCAST, DUQUESNE LIGHT COMPANY, ECMC, FASHION** | : | |
| **BUG, FINANCIAL CLAIMS, INC., GM FINANCIAL, LNNV FUNDING,** | : | Hearing Date: 1/17/2017 |
| **LLC ITS SUCCESSORS AND ASSIGNS, ASSIGNEE OF FNBM, LLC, C/O** | : | At 9:30 am |
| **RESURGENT CAPITAL SERVICES, MARKONE FINANCIAL,** | : | |
| **MUNICIPALITY OF PENN HILLS, PA. DEPT. OF REVENUE, PENN** | : | |
| **HILLS SEWAGE, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA** | : | |
| **HOUSING FINANCE AGENCY, PENN HILLS YMCA, PEOPLE'S** | | |
| **NATURAL GAS COMPANY, LLC, PORTFOLIO RECOVERY** | | |
| **ASSOCIATES, LLC., QUANTUM3 GROUP LLC AS AGENT FOR** | | |
| **WORLD FINANCIAL NETWORK BANK, REGIONAL ACCEPTANCE** | | |
| **CORPORATION, SPRINT NEXTEL CORRESPONDENCE, VERIZON,** | | |
| **WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE,** | | |
| **WFNNB/FASHION BUG and WILKINSBURG-PENN JOINT WATER** | | |
| **AUTHORITY,** | | |
| *Respondents* | | |

# CERTIFICATE OF NO OBJECTION REGARDING
# DEBTOR'S MOTION TO EXTEND STAY

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **12/9/2016** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **1/3/2017.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|  |  |
|---|---|
| DATED: 1/13/2017 | /s/ Michael S. Geisler<br><br>_____<br>**MICHAEL S. GEISLER, ESQUIRE**<br>Attorney for Movant<br>Pa. I.D. No. 39414<br>201 Penn Center Blvd., Suite 524<br>Pittsburgh, PA 15235<br>Tele: (412) 613-2133<br>e-mail: m.s.geisler@att.net |