**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−24550−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Peterson | Zepher R. Stroud |
| 435 MacFarlane Drive | 435 MacFarlane Drive |
| Pittsburgh, PA 15235 | Pittsburgh, PA 15235 |

Social Security No.:
  xxx−xx−5954                                         xxx−xx−0416

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Geisler | Ronda J. Winnecour |
| 201 Penn Center Blvd., Suite 524 | Suite 3250, USX Tower |
| Pittsburgh, PA 15235 | 600 Grant Street |
| Telephone number: 412−613−2133 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| March 6, 2017 | March 6, 2017 |
| 03:00 PM | 03:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/8/17

BY THE COURT

Gregory L. Taddonio
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 16-24550-GLT
Edward Peterson                                               Chapter 13
Zepher R. Stroud
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: amaz                   Page 1 of 2                  Date Rcvd: Feb 08, 2017
                               Form ID: rsc13               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,     100 Purity Road,  Suite 3,
                 Pittsburgh, PA 15235-4441
14332983      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,      P.O. Box 183853,
                 Arlington, TX 76096)
14335298       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14332984        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14332985        ECMC,   P.O. Box 16408,    Saint Paul, MN 55116-0408
14332986       +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14332987       +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14332990       +Penn Hills School Disrict,    c/o Maiello, Brungo & Maiello, LLP,     100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14332991        Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14332995        S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2017 01:38:50      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14332982       +E-mail/Text: ally@ebn.phinsolutions.com Feb 09 2017 01:38:15      Ally Financial,   P.O. Box 951,
                 Horsham, PA 19044-0951
14332988        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 09 2017 01:40:08
                 LVNV Funding, LLC, its successors and,     assignees as assignee of FNBM, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14332989        E-mail/Text: mof_bknotice@mark1financial.com Feb 09 2017 01:39:13      MarkOne Financial,
                 P.O. Box 550870,   Jacksonville, FL 32255-0870
14332992        E-mail/Text: blegal@phfa.org Feb 09 2017 01:39:10      PHFA/HEMAP,   211 North Front Street,
                 P.O. Box 8029,   Harrisburg, PA 17105
14332993        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2017 01:40:23
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14332994        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 09 2017 01:40:34      Regional Acceptance Corporation,
                 P.O. Box 1847,   Wilson, NC 27894-1847
14332996        E-mail/Text: appebnmailbox@sprint.com Feb 09 2017 01:38:54      Sprint Corp.,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,   Overland Park, KS 66207-7949
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14335788*      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14348701*       Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Feb 08, 2017
                              Form ID: rsc13          Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:

```
          James    Warmbrodt     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor     Penn Hills School District jlc@mbm-law.net
          Michael S. Geisler     on behalf of Debtor Edward    Peterson m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler     on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```