MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Peterson_____ JAD/TPA/CMB/**GLT**
Date of Meeting: __3/6/17__
Case Number: __16-24550__ Recording # __03__
Debtor(s) present __✓__ or Not Present ___ (___ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __1/3/17__  Applicable commitment period __✓__ 3 yrs ___ 5 yrs

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD                    ____ Order to Show Cause Requested
                                         ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
____ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
On __5/4/17__ at __11:00__ am/pm Location __3250__

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee