IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| EDWARD PETERSON ) | Bankruptcy No. 16-24550-GLT |
| ZEPHER R. STROUD, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC. dba GM FINANCIAL, ) | Related To Document No. 38 and 39 |
| **Movant** ) | |
| ) | |
| v. ) | **Response Deadline:  5/14/17** |
| EDWARD PETERSON ) | |
| ZEPHER R. STROUD ) | **Hearing Date:  6/14/17 at 10:00 AM** |
| LUCINDA SAUNDERS, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on April 27, 2017 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Edward Peterson | Lucinda Saunders | Michael S. Geisler |
| Zepher R. Stroud | 228 Long Road | 201 Penn Center Blvd. |
| 435 MacFarlane Drive | Pittsburgh, PA 15235 | Suite 524 |
| Pittsburgh, PA 15235 | (Co-Debtor) | Pittsburgh, PA 15235 |
| (Debtors) | | (Attorney For Debtors) |

| | |
|---|---|
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100