# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** EDWARD PETERSON & ZEPHER R. STROUD
**Case Number:** 16-24550-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 04, 2017 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#19 - Continued Confirmation of Plan Dated 1/3/2017 (N)
R / M #: 19 / 0

### *Appearances:*

**Debtor:** Geisler
**Trustee:** Winnecour / ~~Bedford~~ / Pail / Katz
**Creditor:** Warmbrodt - Nationstar

### *Proceedings:*

No payments - 4 mos.

**Outcome:** Trustee moves for dismissal

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/26/2017   2:14:16PM