IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) <br> EDWARD PETERSON ) <br> ZEPHER R. STROUD, ) <br>    **Debtor(s)** ) <br> ) <br> AMERICREDIT FINANCIAL ) <br> SERVICES, INC. dba GM FINANCIAL, ) <br>    **Movant** ) <br> ) <br>     v. ) <br> EDWARD PETERSON ) <br> ZEPHER R. STROUD ) <br>   LUCINDA SAUNDERS, ) <br>    **Respondent(s)** ) <br> ) <br> RONDA J. WINNECOUR, ) <br>    **Trustee** | Bankruptcy No. 16-24550-GLT <br><br> Chapter 13 <br><br><br> Related To Document No. 38 and 39 <br><br><br> **Response Deadline:  5/14/17** <br><br> **Hearing Date:  6/14/17 at 10:00 AM** |

## CERTIFICATE OF SERVICE

   I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 30, 2017 I served by United States mail, first class, postage prepaid, a copy of the entered Default Order for the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Edward Peterson <br> Zepher R. Stroud <br> 435 MacFarlane Drive <br> Pittsburgh, PA 15235 <br> (Debtors) | Lucinda Saunders <br> 228 Long Road <br> Pittsburgh, PA 15235 <br> (Co-Debtor) | Michael S. Geisler <br> 201 Penn Center Blvd. <br> Suite 524 <br> Pittsburgh, PA 15235 <br> (Attorney For Debtors) |
| Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> (Trustee) | Office of the United States Trustee <br> Liberty Center <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, PA 15222 <br> (U.S. Trustee) | |

   I certify under penalty of perjury that the foregoing is true and correct.

                                                             __/s/ William E. Craig, Esq._____
                                                             William E. Craig, Esquire
                                                             PA ID # 92329
                                                             Morton & Craig LLC
                                                             110 Marter Avenue, Suite 301
                                                             Moorestown, NJ 08057
                                                             bcraig@mortoncraig.com
                                                             (856) 866-0100