UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>EDWARD PETERSON<br>ZEPHER R. STROUD<br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>         Movant<br>     vs.<br>EDWARD PETERSON<br>ZEPHER R. STROUD<br>         Respondent(s) | Case No. 16-24550GLT<br>Chapter 13<br>Document #_____<br><br>Filed Under Local Bankruptcy<br>Rule 9013.4 para. 6(c) |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion to Dismiss filed on 5/8/2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion to Dismiss appears thereon. Pursuant to the Notice of Hearing, Objections to the Trustee's Motion to Dismiss were to be filed and served no later than 5/30/2017.

05/31/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com