IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   16-24550-GLT
                                                    : Chapter:    13
Edward Peterson                                     :
Zepher R. Stroud                                    :
                                                    : Date:       6/14/2017
            *Debtor(s)*.                            : Time:       11:00

## PROCEEDING MEMO

**FILED**
**JUN 15 2017**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

MATTER:    #43/44 - Chapter 13 Trustee's Oral Motion to Dismiss Case
           Made During the 5-4-17 Conciliation Conference
           #52 - Response by Debtor

           To the extent the Court does not dismiss case
           #19 - Chapter 13 Plan Dated 1-3-17 (N)
              #37 - Objection by Nationstar Mortgage

APPEARANCES:
           Debtor:     Michael S. Geisler
           Trustee:    Richard Bedford

NOTES:

Bedford - No payments made in first four months of case. Payment made in May in the amount of $1,500. $4,500 in arrears.

Geisler - Mr. Peterson is in the process of obtaining employment and will file a wage attachment. He is currently doing odd jobs. Did not purposely misstate the payment amount.

Court - Filing fee needs to be paid from the $1,500 payment. This is not the Debtors' first case. Trustee to pay the filing fee from funds on hand.

OUTCOME:

1. Trustee shall satisfy payment of the case filing fee from available funds.
2. Order to be issued dismissing case without prejudice. Trustee may distribute any remaining funds towards any unpaid portion of the no-look fee. (CT to prepare).

DATED: 6/14/2017