IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 16-24550-GLT |
| EDWARD PETERSON : | Chapter 13 |
| ZEPHER R. STROUD, : | |
| : | |
| Debtors. : | Related to Dkt. Nos. 43 and 44 |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE, AUTHORIZING PAYMENTS FROM AVAILABLE FUNDS AND TERMINATING WAGE ATTACHMENT**

        **AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

        1.    The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

        2.    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

        3.    The Trustee is authorized to: (i) satisfy payment of the case filing fee from available funds; and (ii) make a distribution to counsel for no-look fees earned in this cse from any amounts on hand.

        4.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

        5.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated: June 15, 2017

_____
GREGORY L. TADDONIO   cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania

In re:                                                           Case No. 16-24550-GLT
Edward Peterson                                                  Chapter 13
Zepher R. Stroud
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: pdf900             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14332983      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,     P.O. Box 183853,
                 Arlington, TX 76096)
14335298       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14415817       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14332984        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14332985        ECMC,   P.O. Box 16408,    Saint Paul, MN 55116-0408
14361671        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14332986       +James A. Prostko, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14332987       +Joseph P. Schalk, Esquire,    Phelan, Hallinan, Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14419275      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14332990       +Penn Hills School Disrict,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14332991        Peoples Natural Gas Company,    P.O. Box 535323,   Pittsburgh, PA 15253-5323
14332995        S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14332982       +E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2017 01:00:41     Ally Financial,   P.O. Box 951,
                 Horsham, PA 19044-0951
14419273       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 16 2017 01:01:31     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14332988        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2017 00:57:27
                 LVNV Funding, LLC, its successors and,    assignees as assignee of FNBM, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
14332989        E-mail/Text: mof_bknotice@mark1financial.com Jun 16 2017 01:01:11     MarkOne Financial,
                 P.O. Box 550870,    Jacksonville, FL 32255-0870
14332992        E-mail/Text: blegal@phfa.org Jun 16 2017 01:01:09     PHFA/HEMAP,   211 North Front Street,
                 P.O. Box 8029,   Harrisburg, PA 17105
14332993        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2017 00:57:18
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
14332994        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 16 2017 00:57:42     Regional Acceptance Corporation,
                 P.O. Box 1847,   Wilson, NC 27894-1847
14332996        E-mail/Text: appebnmailbox@sprint.com Jun 16 2017 01:01:04     Sprint Corp.,
                 Attn: Bankruptcy Dept.,    P.O. Box 7949,   Overland Park, KS 66207-7949
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
14335788*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14348701*       Regional Acceptance Corporation,    PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: amaz              Page 2 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Michael S. Geisler    on behalf of Debtor Edward   Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                               TOTAL: 9
```