**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD PETERSON
ZEPHER R. STROUD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-24550 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/07/2016 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,500.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,121.00 | |
|   Trustee Fee | 69.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,190.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A PROSTKO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW L SPIVACK ESQ FOR JOSEPH P | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7624 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 5,903.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 7624 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8847 | | | | |
| | *** N O N E *** | | | |
| Priority | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-24550 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | EDWARD PETERSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 1,121.00 | 0.00 | 0.00 |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT)<br>Acct: 5954 | 1,307.33 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT)<br>Acct: 0416 | 2,142.71 | 0.00 | 0.00 | 0.00 |
| | CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 416 | 1,390.48 | 0.00 | 0.00 | 0.00 |
| | ECMC(*)<br>Acct: 5954 | 3,143.86 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PETER J ASHCROFT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MARK ONE FINANCIAL*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2444 | 8,399.53 | 0.00 | 0.00 | 0.00 |
| | REGIONAL ACCEPTANCE CORP<br>Acct: 5148 | 9,607.44 | 0.00 | 0.00 | 0.00 |
| | S JAMES WALLACE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SPRINT CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICREDIT FNCL SVCS INC*<br>Acct: 8847 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP - AGENT DIRE<br>Acct: 6445 | 835.88 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                        310.00

TOTAL CLAIMED
PRIORITY        3,760.04
SECURED         5,903.94
UNSECURED      23.377.19

Date: 07/24/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com